FILED

SEP 19 2007

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 119ML |
| v. | : | CR. No:<br>In violation of 18 U.S.C.<br>§ 2113(a) |
| LENIN GUTTIERREZ | : | |

**INDICTMENT**

The Grand Jury charges:

That on or about August 31, 2007, in the District of Rhode Island, the defendant, LENIN GUTTIERREZ, by intimidation did knowingly take from the person and presence of another money, namely approximately $4,340 dollars, belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Cooperation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: September 19, 2007