AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
Lenin Guttierrez

APPEARANCE

CASE NUMBER: CR 07-119 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lenin Guttierrez

I certify that I am admitted to practice in this court.

9/21/07
*Date*

*Signature*

*Print Name* — *Bar Number* 4670

130 [illegible]
*Address*

[illegible] RI 02903
*City* *State* *Zip Code*

401-621-[illegible] 401-331-[illegible]
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.