AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 19 2007
District of Rhode Island

FILED
2007 SEP 24 P 1:09

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

LENIN GUTTIERREZ

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-119ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LENIN GUTTIERREZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

| | |
|---|---|
| Martha Saucier | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| Martha Saucier | September 19, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 9/19/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/21/07 | Charles Wyant SDUSM | Charles Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.