UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF RHODE ISLAND

**APPEARANCE**

UNITED STATES OF AMERICA :

Vs. : Case Number: 07 CR 119ML

LENIN GUTIERREZ :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Lenin Gutierrez.

I certify that I am admitted in this Court.

November 1, 2007
Date

_/s/ Robert S. Ciresi, Esquire____
Signature

_Robert S Ciresi #226
Print Name Bar Number

_1918 Smith Street_
Address

_North Providence, Rhode Island 02911
City State Zip

_401-231-3050_
Phone Number

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

__/s/ Robert S. Ciresi, Esquire ____