AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States

V.

Lenin Guttierrez

**APPEARANCE**

Case Number: CR 07-119ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lenin Guttierrez

I certify that I am admitted to practice in this court.

Date

Signature

Robert S. Ciresi
Print Name

0226
Bar Number

1918 Smith Street
Address

North Providence RI 02911
City State Zip Code

(401) 231-3050
Phone Number

Fax Number